IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JULIE ELLEN EHLI,                          6:15-cv-00229-PK

      Plaintiff,                      ORDER

v.

CAROLYN W. COLVIN,
Commissioner, Social Security
Administration,

      Defendant.

BROWN, Judge.

    Magistrate Judge Paul Papak issued Findings and

Recommendation (#27) on March 24, 2016, in which he recommends

the Court grant Defendant's Motion (#25) for Remand, reverse the

decision of the Commissioner, and remand this matter to the

Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for

further administrative proceedings.  Plaintiff filed timely

Objections to the Findings and Recommendation.  The matter is now

before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal

Rule of Civil Procedure 72(b).

    When any party objects to any portion of the Magistrate

Judge's Findings and Recommendation, the district court must make

1 - ORDER

a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1). *See also Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).

In her Objections Plaintiff reiterates the arguments that she previously made to the Magistrate Judge. This Court has carefully considered Plaintiff's Objections and concludes they do not provide a basis to modify the Findings and Recommendation. The Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Papak's Findings and Recommendation (#27), **GRANTS** Defendant's Motion (#25) for Remand, **REVERSES** the decision of the Commissioner, and **REMANDS** this matter pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with this Order.

IT IS SO ORDERED.

DATED this 30th day of June, 2016.

_____
ANNA J. BROWN
United States District Judge

2 - ORDER