UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

JULIE ELLEN EHLI,  
                Plaintiff,

v.

COMMISSIONER, SOCIAL  
SECURITY ADMINISTRATION,  
                Defendant.

6:15-cv-00229-PK

ORDER AWARDING  
ATTORNEY FEES  
PURSUANT TO THE  
EQUAL ACCESS TO JUSTICE ACT

Pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, it is hereby ordered that EAJA attorney's fees of $6150.00 shall be awarded to Plaintiff. If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, as discussed in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), then the check for EAJA fees shall be made payable to Max Rae, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. Any check for EAJA fees shall be mailed to Plaintiff's counsel, Max Rae, at PO Box 7790, Salem, OR 97303-0175.

DATED this 12 day of August, 2016

_____  
United States District Judge

PRESENTED BY:  
_____  
MAX RAE, OSB# 81344  
(503) 363-5424  
Attorney for Plaintiff, Julie Ellen Ehli

Page 1.   ORDER AWARDING EAJA ATTORNEY FEES – EHLI v. COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, 6:15-cv-00229-PK